IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS LINDSEY,

    Plaintiff,

v.

STACEY HOEM
and PSYCHOLOGICAL SERVICE,

    Defendants.

ORDER

Case No. 17-cv-623-jdp

Plaintiff Carlos Lindsey has filed a proposed complaint and requests leave to proceed without prepayment of the filing fee. However, a decision regarding plaintiff's indigency status cannot be made at this time because the trust fund account statements plaintiff submitted do not cover the *entire* six-month period immediately preceding the filing of the complaint.

Plaintiff has submitted statements for part of the months of July and August 2017. These statements are insufficient to determine if plaintiff qualifies for indigent status. Instead, plaintiff must submit a certified copy of a trust fund account statement for the *entire* six-month period immediately preceding the filing of the complaint beginning approximately February 13, 2017 and ending approximately August 13, 2017. Once the necessary statement has been submitted, I will calculate the initial partial payment and advise plaintiff of the amount due before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff Carlos Lindsey may have an enlargement of time until September 6, 2017 to submit a certified trust fund account statement for the period beginning approximately February 13, 2017 and ending approximately August 13, 2017. If, by

1

September 6, 2017, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 15th day of August, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge