IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARLOS LINDSEY,

               Plaintiff,

v.                                                ORDER

JOHNSTON, PRIMMER, FEDIE, YANSKI,               18-cv-398-jdp[1]
FISCHER, and CAPT. PRIMMER,

               Defendants.

---

It has come to my attention that plaintiff Carlos Lindsey may have filed documents in another case, *Wells v. Govier*, No. 18-cv-693, without the authorization of the plaintiff in that case. If Lindsey filed a document in Wells's name and against Wells's wishes, he may be subject to sanctions from this court.

I will hold a hearing on November 14, at 9:00 a.m., to determine whether Lindsey filed false or unauthorized documents in *Wells v. Govier*.

---

[1] I have provided the caption for only the '398 case. The clerk of court is directed to also docket this order in Case Nos. 18-cv-397, 18-cv-399 and 17-cv-623.

ORDER

IT IS ORDERED that the court will hold a hearing on November 14, 2018, at 9:00 a.m. to determine whether plaintiff Carlos Lindsey submitted false or unauthorized documents in *Wells v. Govier*, No. 18-cv-693.

Entered October 31, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge