IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS LINDSEY,

    Plaintiff,

v.

STACEY HOEM, JANE DOE and
JOHN DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-623-jdp

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 12/18/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |